UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KODY CREE PATTEN, | Case No. 3:22-cv-00310-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| GARRETT, *et al.*, | |
| Respondents. | |

Kody Cree Patten seeks an extension of time to file an amended 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 22.) The Court finds the request is made in good faith and not for the purposes of delay, and therefore, good cause exists to grant the extension.

It is therefore ordered that Petitioner's unopposed motion for extension of time to file an amended petition (ECF No. 22) is granted *nunc pro tunc*. The deadline to file the petition is extended to September 23, 2024.

DATED THIS 10th Day of July 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE