# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KODY CREE PATTEN,<br><br>Petitioner,<br><br>v.<br><br>GARRETT, *et al.*,<br><br>Respondents. | Case No. 3:22-cv-00310-MMD-CLB<br><br>ORDER |

Kody Cree Patten seeks an extension of time to file an amended 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 25.) Counsel for Patten explains that the defense team has been traveling out of state to interview witnesses and is in the process of locating and interviewing three more witnesses. The Court finds the request is made in good faith and not for the purposes of delay, and therefore, good cause exists to grant the extension.

It is therefore ordered that Petitioner's unopposed motion for extension of time to file an amended petition (ECF No. 25) is granted *nunc pro tunc*. The deadline to file the amended petition is extended to November 22, 2024.

DATED THIS 24th Day of September 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE