UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KODY CREE PATTEN,<br><br>Petitioner,<br><br>v.<br><br>GARRETT, *et al.*,<br><br>Respondents. | Case No. 3:22-cv-00310-MMD-CLB<br><br>ORDER |

Kody Cree Patten seeks a brief, final extension of time to file an amended 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 33.) The Court finds the request is made in good faith and not for the purposes of delay, and therefore, good cause exists to grant the extension.

It is therefore ordered that Petitioner's unopposed motion for extension of time to file an amended petition (ECF No. 33) is granted *nunc pro tunc*. The deadline is extended to April 10, 2025.

DATED THIS 3rd Day of April 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE