UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KODY CREE PATTEN,<br><br>Petitioner,<br><br>v.<br><br>GARRETT, *et al.*,<br><br>Respondents. | Case No. 3:22-cv-00310-MMD-CLB<br><br>ORDER |

Respondents ask the Court for an extension of time to file a response to Kody Cree Patten's amended 28 U.S.C. § 2254 petition for a writ of habeas corpus. (ECF No. 38.) The Court finds the request is made in good faith and not for the purposes of delay, and, therefore, good cause exists to grant the extension.

It is therefore ordered that Respondents' unopposed motion for extension of time to file a response to the petition (ECF No. 38) is granted *nunc pro tunc*. The deadline is extended to September 8, 2025.

DATED THIS 25th Day of July 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE