Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
* Margaret Lambrose
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville Ave. Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
Maggie_Lambrose@fd.org

Attorney for Petitioner Kody Cree Patten

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Kody Cree Patten, | Case No. 3:22-cv-00310-MMD-CLB |
|---|---|
| Petitioner, | |
| v. | Order Granting **Unopposed Motion for Extension of Time to File Opposition to Motion to Dismiss** |
| State of Nevada, et al., | |
| Respondents. | (First Request) |

Petitioner Kody Patten, by and through counsel, Margaret Lambrose, moves this Court for a 60-day extension of time from November 24, 2025 to January 23, 2026 to file the Opposition to the Motion to Dismiss.

The opposition to the motion to dismiss is currently due on November 24, 2025. Undersigned counsel now respectfully requests additional time to file it. This is counsel's first request for an extension. This request is made in the interests of justice and not for purposes of delay.

Good cause exists for the extension. Counsel was on medical leave from October 30, 2025, through November 12, 2025. Immediately upon returning, counsel had an all-day Board of Governors meeting on November 13, 2025. On November 17, 2025, counsel supervised an extern during a parole hearing at Southern Desert Correctional Facility. On November 21, 2025, counsel filed an amended petition in *Davis v. State,* 2:25-cv-01771, a case with an AEDPA deadline of November 25, 2025. Counsel also has additional briefing deadlines, including a reply due on December 4, 2025, in *United States v. Barbosa-Lopez,* 3:19-cr-00436-SI-43, a § 2255 matter in the District of Oregon, and a reply due on December 19, 2025, in *United States v. Begay*, 3:24-cv-08024, a § 2255 matter in the District of Arizona.

Deputy Attorney General Michael R. Shaffer was contacted via email and indicated he does not object to the requested extension. However, the lack of objection should not be construed as a waiver of any procedural defenses or as a concession regarding the timeliness of any filing.

For these reasons, Mr. Patten respectfully requests that the Court grant a 60-day extension and order that the opposition to the motion to dismiss be filed on or before January 23, 2026.

DATED November 24, 2025.

Respectfully submitted,

/s/ *Margaret Lambrose*

MARGARET LAMBROSE
Assistant Federal Public Defender

IT IS SO ORDERED:

United States District Judge

Dated: January 26, 2026 - *nunc pro tunc*

3