Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
* Margaret Lambrose
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville Ave. Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
Maggie_Lambrose@fd.org

Attorney for Petitioner Kody Cree Patten

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Kody Cree Patten, | Case No. 3:22-cv-00310-MMD-CLB |
| Petitioner, | |
| v. | Order Granting<br>**Unopposed Motion for Extension of Time to File Opposition to Motion to Dismiss** |
| State of Nevada, et al., | |
| Respondents. | (Second Request) |

Petitioner Kody Patten, by and through counsel, Margaret Lambrose, moves this Court for a short 14-day extension of time from January 23, 2026 to February 6, 2026 to file the Opposition to the Motion to Dismiss.

The opposition to the motion to dismiss is currently due on January 23, 2026. Undersigned counsel now respectfully requests additional time to file it. This is counsel's second request for an extension. This request is made in the interests of justice and not for purposes of delay.

Good cause exists for the extension given various professional deadlines that made it difficult to complete the opposition by the current deadline. On December 4, 2025, counsel had a reply due in *United States v. Barbosa-Lopez,* 3:19-cr-00436-SI-43, a § 2255 matter in the District of Oregon, on December 19, 2025, counsel had a reply due in *United States v. Begay*, 3:24-cv-08024, a § 2255 matter in the District of Arizona. On January 5, 2026 undersigned counsel had an opposition to a motion to dismiss due in *Myers v. Breitenbach,* 3:23-cv-00293-ART-CLB a § 2254 matter in this district.

Moreover, undersigned counsel has recently been assigned a number of § 2241 petitions that are litigated on an expedited schedule. On December 11, 2025 undersigned counsel filed a § 2241 amended petition in *Mudung v. NSDC*, 2:25-cv-02345-CDS-MDC, on December 29, 2025, undersigned counsel filed a § 2241 amended petition in *Biel v. NSDC*, 2:25-cv-02432-APG-EJY. On January 9, 2026, undersigned counsel filed a reply in *Biel v. NSDC*, 2:25-cv-02432-APG-EJY. Undersigned counsel has supplemental briefing in *Biel v. NSDC*, 2:25-cv-02432-APG-EJY due on Janurary 26, 2026. Finally, undersigned counsel has a reply to a § 2241 amended petition in *Alkarori v. NSDC*, 2:25-cv-02567-MMD-MDC due on January 29, 2026.

Deputy Attorney General Michael R. Shaffer was contacted via email and indicated he does not object to the requested extension. However, the lack of objection should not be construed as a waiver of any procedural defenses or as a concession regarding the timeliness of any filing.

For these reasons, Mr. Patten respectfully requests that the Court grant a 14-day extension and order that the opposition to the motion to dismiss be filed on or before February 6, 2026.

DATED Janaury 6, 2026.

Respectfully submitted,

/s/ *Margaret Lambrose*
MARGARET LAMBROSE
Assistant Federal Public Defender


IT IS SO ORDERED:

_____
United States District Judge

Dated: ____January 26, 2026____