UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KODY CREE PATTEN,<br>Petitioner,<br>v.<br>GARRETT,<br>Respondents. | Case No. 3:22-cv-00310-MMD-CLB<br>ORDER |

This habeas matter is before the Court on Respondents' first unopposed motion for enlargement of time (ECF No. 64 ("Motion")) seeking an additional 60 days to file an answer to the remaining grounds of the Amended Petition. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. *See* Fed. R. Civ. P. 6(b)(1)(A); LR IA 6-1.

It is therefore ordered that the Motion (ECF No. 64) is granted. Respondents have through November 20, 2026, to file an answer.

DATED THIS 22nd Day of September 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE