UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KODY CREE PATTEN,

Petitioner,

v.

GARRETT, *et al.*,

Respondent.

Case No. 3:22-cv-00310-MMD-CLB

ORDER

This habeas matter is before the Court on Respondents' second unopposed motion for enlargement of time (ECF No. 67 ("Motion")) seeking an additional 30 days to file an answer to the remaining grounds in the Amended Petition. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. *See* Fed. R. Civ. P. 6(b)(1)(A); LR IA 6-1.

It is therefore ordered that the Motion (ECF No. 67) is granted. Respondents have through December 21, 2026, to file an answer.

DATED THIS 24th Day of November 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE